TLL

# IN THE SUPERIOR COURT OF GUAM

FILE

2014 MAR 13 AM 8 54

CLERK OF COURT
BY:_____

THE PEOPLE OF GUAM )
) CRIMINAL CASE NO. ~~CM~~0305-13
Plaintiff, )
)
vs. )
) **JUDGMENT**
IS INSAIS, aka JAMES BROWN, )
aka JAIMES ROWEN, )
DoB: 03/18/1983, )
)
Defendant. )
_____ )

This matter came before the Honorable Maria T. Cenzon on February 13, 2014 on Is Inais's ("Defendant") Change of Plea. Defendant was present and represented by Assistant Public Defender John Morrison. The People of Guam (the "People") were present and represented by Assistant Attorney General Richelle Yu. The Defendant expressed the desire to change his plea in accordance with the written Plea Agreement executed by the Defendant and filed with the Court on February 13, 2014.

The Court examined Defendant, who acknowledged and waived all applicable legal rights under oath and Defendant subsequently changed his plea to guilty of the offenses of:

- Assault (as a Misdemeanor), as a lesser-included offense of Aggravated Assault (as a 3rd Degree Felony)

- Disorderly Conduct (as a Petty Misdemeanor)

Having examined Defendant, the Court found: Defendant is competent and capable of changing his plea; the guilty plea is made knowingly and voluntarily; and the guilty plea is supported by a sufficient factual basis as to each of the essential elements of the offenses.

//

The Court accepted the plea and adjudged the Defendant guilty of the offenses listed above. The Court accepted the written Plea Agreement, incorporated herein by reference, and sentenced Defendant according to the recommended sentence in the Plea Agreement.

The Court granted the People's motion to dismiss the remaining charges to which the Defendant did not plead guilty:

- Aggravated Assault (as a 3rd Degree Felony)(2 counts)

- Assault of a Police Officer (as a 3rd Degree Felony)

- Resisting Arrest (as a Misdemeanor)

A Further Proceedings in this matter is scheduled for August 5, 2014 at 2:00 PM.

**SO ORDERED this _____ day of February, 2014.**

**HONORABLE MARIA T. CENZON**
**Judge, Superior Court of Guam**

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

MAR 13 2014



Florene U. Rivera,
Deputy Clerk, Superior Court of Guam